GREEN v. MANESS

No. 470P84.

Case below: 69 N.C. App. 292.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1984.

HENDERSON v. TRADITIONAL LOG HOMES

No. 560P84.

Case below: 70 N.C. App. 303.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1984.

IN RE APPEAL OF BARHAM

No. 558P84.

Case below: 70 N.C. App. 236.

Petition by LRM for discretionary review under G.S. 7A-31 denied 4 December 1984.

IN RE SUPERIOR COURT ORDER

No. 532PA84.

Case below: 70 N.C. App. 63.

Petition by NCNB for discretionary review under G.S. 7A-31 allowed 4 December 1984.

LAURI ANN LYNCH

No. 634P84.

Case below: 71 N.C. App. 226.

Petition by Lynch for discretionary review under G.S. 7A-31 denied 4 December 1984.